■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN CORTEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered October 3, 1984, convicting him of assault in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The defendant failed to preserve the alleged errors for appellate review, and we decline to exercise our interest of justice jurisdiction (CPL 470.05 [2]). Niehoff, J. P., Lawrence, Kunzeman and Kooper, JJ., concur.